STATE EX REL. PINKERTON and another, Appellants, vs. BOARD OF FIRE AND POLICE COMMISSIONERS OF THE CITY OF MILWAUKEE and others, Respondents.

*November 16—December 11, 1923.*

*State ex rel. Howard W. Russell, Inc. v. Board of Fire & Police Comm'rs, ante,* p. 249, followed.

APPEAL from an order of the circuit court for Milwaukee county: E. T. FAIRCHILD, Circuit Judge. *Affirmed.*

For the appellants there was a brief by *Roehr & Steinmetz,* and oral argument by *Alvin H. Tighe,* all of Milwaukee.

*John M. Niven,* city attorney, for the respondents.

VINJE, C. J. This case is in all respects similar to *State ex rel. Howard W. Russell, Inc. v. Board of Fire & Police Comm'rs, ante,* p. 249, 196 N. W. 242 (decided herewith), and the order of the lower court is therefore affirmed.

*By the Court.*—Order affirmed.

ESCHWEILER, J., dissents.